IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WILLIAM R. LAMB, II
and DUYEN MY LAMB                                                                 **PLAINTIFFS**

V.                                                    CIVIL ACTION NO.: 1:21-CV-279-TBM-RPM

LOWE'S HOME CENTERS, L.L.C.
and LOWE'S HOME IMPROVEMENT STORE NO. 2350      **DEFENDANTS/**
and FLORIM USA, INC.                                                **THIRD-PARTY PLAINTIFFS**

V.

CHAD BRYAN                                                              **THIRD-PARTY DEFENDANT**

### CONSENT MOTION TO AMEND CASE MANAGEMENT ORDER TO EXTEND DEADLINES FOR DESINATION OF EXPERT WITNESSES

NOW into Court, through undersigned counsel, come plaintiffs William R. Lamb, II and Duyen My Lamb, and file this Consent Motion to Amend the Case Management Order to extend the deadlines for designation of expert witnesses, with such deadlines to be extended until January 17, 2023 for designation of expert witnesses by plaintiffs, and until February 17, 2023 for designation of expert witnesses by all other parties.

This the 23rd day of November, 2022.

Respectfully submitted,

/s/ Paul M. Newton, Jr.
Paul M. Newton, Jr., MSB # 3835
Attorney for Plaintiffs, William R. Lamb, II
and Duyen My Lamb

AGREED:

/s/ B. Lyle Robinson
B. Lyle Robinson
Attorney for Defendant
Lowe's Home Centers, L.L.C.

/s/ John E. Haubenreich
John E. Haubenreich
Attorney for Defendant
Florim USA, Inc.

CERTIFICATE OF SERVICE

I, Paul M. Newton, Jr., do hereby certify that I have on this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court utilizing the Court's electronic filing system, which provides notification of such filing to all counsel of record.

This, the 23rd day of November, 2022.

/s/ Paul M. Newton, Jr.
Paul M. Newton, Jr.